**Order entered April 20, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00061-CV

**BILLY & AUDRA DRAPER AND ALL OTHER OCCUPANTS, Appellants**

**V.**

**AJ & SAL ENTERPRISES, LLC, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-06758-E**

## ORDER

The clerk's record in this case has not been filed. By letter dated March 21, 2018, we notified appellants the clerk's record had not been filed because they had not paid for or made arrangements to pay for the clerk's record. We directed appellants to provide the Court with written verification of payment or arrangements to pay for the clerk's office within ten days and cautioned appellants that failure to do so might result in the dismissal of this appeal without further notice. On March 28, 2018, appellants provided a copy of a receipt for payment of the clerk's record.

Accordingly, we **ORDER** the Dallas County Clerk to file the clerk's record within **TEN**

**DAYS** of the date of this order.

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE